IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADRIAN MILLS,

    Petitioner,

v.                                      CASE NO. 1:11-cv-20-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on, doc. 27, Petitioner's Motion For Extension of Time To File Reply To Respondent's Response. Petitioner seeks a 40 day extension of time to respond to Respondent's Response.

Upon due consideration, it is **ORDERED** that**:**

Petitioner's Motion For Extension of Time To File Reply To Respondent's Response (Doc. 27) is **GRANTED**. Petitioner shall file his reply to Respondent's Response on or before **February 20, 2012.**

**DONE AND ORDERED** this 22nd day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge