IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADRIAN MILLS,

    Petitioner,

v.   CASE NO. 1:11-cv-00020-MP-GRJ

ATTORNEY GENERAL STATE OF FLORIDA,
SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 3, 2013. (Doc. 37).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has done so, Doc. 40, and I have made a de novo determination of these timely filed objections.

    Having considered the Report and Recommendation, and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. As the sole claim for federal habeas relief, Petitioner contends that his trial counsel was ineffective for not correctly advising him that he could be sentenced as a habitual offender for the aggravated assault offense before he turned down the 10-year plea offer. Petitioner contends that had he been correctly advised he would have accepted the plea offer. The state court conducted an evidentiary hearing and, based on counsel's testimony (which was itself based on her written

notes), the state court found that counsel had, in fact, informed the petitioner of the actual penalties he faced.  Petitioner offers nothing in his petition or the objections to justify overturning that factual finding.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1 ) is DENIED and a certificate of appealability is DENIED .

**DONE AND ORDERED** this _28th_ day of March, 2014

                              *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge